421 A.2d 211
## COMMONWEALTH of Pennsylvania
v.
## Herbert F. CREMEANS, Appellant.
Supreme Court of Pennsylvania.

Argued Oct. 3, 1980.
Decided Nov. 3, 1980.

Michael J. Wherry, Asst. Public Defender, Kenneth K. McCann, Mercer, for appellant.

David B. Douds, Charles S. Hersh, Asst. Dist. Attys., Mercer, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

### ORDER

PER CURIAM:

The Order of the Court of Common Pleas of Mercer County is affirmed.